**United States District Court**
For the Northern District of California

1

2

3

4

5                      IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    KEN WALTERS, ET AL.,                          No. C 06-3429 SBA

9              Plaintiffs,                         **ORDER**

10    v.                                           [Docket No. 16]

11   CHESTER LEE NEAL JR., ET AL.,

12             Defendants.
                                              /
13

14        Pursuant to Plaintiffs' ex parte application for a continuance of the case management

15   conference, IT IS HEREBY ORDERED THAT the telephonic Case Management Conference is re-

16   set for **January 10, 2007, at 2:30 p.m.**  Counsel for Plaintiffs shall be responsible for filing the Case

17   Management Conference Statement, as well as for arranging the Case Management Conference call.

18   All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

19        The Initial Case Management Conference scheduled for September 28, 2006 is VACATED.

20

21

22        IT IS SO ORDERED.

23

24   Dated: 9/20/06                               _Saundra B Armstrong_
                                                  SAUNDRA BROWN ARMSTRONG
25                                                United States District Judge

26

27

28