1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9
                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   KEN WALTERS, et al.,                              No. C 06-3429 SBA (MEJ)
12                 Plaintiff(s),
13       vs.                                           **NOTICE OF REFERENCE**
14   CHRISTOPHER LEE NEAL, JR. et al.,
15                 Defendant(s).
16   _____/
17

18   TO ALL PARTIES AND COUNSEL OF RECORD:

19          The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a

20   report and recommendation on Plaintiff's Motion for Default Judgment.  Accordingly, the Court

21   shall conduct a hearing on May 3, 2007 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate

22   Avenue, San Francisco, California.  Pursuant to Civil Local Rule 7, Defendant shall file any

23   opposition to Plaintiff's motion by March 29, 2007 and Plaintiff shall file any reply by April 12.  If

24   Defendant does not file an opposition, Plaintiff shall file detailed proposed findings of fact and

25   conclusions of law, which shall address the factors in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th

26   Cir. 1986).

27          When filing papers that require the Court to take any action (e.g. motions, meet and confer

28   letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge

*United States District Court*
*For the Northern District of California*

with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

Plaintiff shall serve this order upon all other parties in this action.  Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: March 5, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
For the Northern District of California

2