UNITED STATES DISTRICT COURT

Northern District of California

KEN WALTERS,

                Plaintiff(s),

     v.

CHESTER LEE NEAL JR,

                Defendant(s).

_____/

No. C 06-03429 SBA (MEJ)

**NOTICE OF REFERENCE**

On September 28, 2007, the Honorable Saundra B. Armstrong vacated the previous referral of Plaintiffs' motion for default judgment to the undersigned magistrate judge for a report and recommendation, and granted Plaintiffs' motion for default judgment. (Dkt. #36.) However, as part of her Order, Judge Armstrong also re-referred the matter to the undersigned for further proceedings consistent with the Order, and for a report and recommendation regarding such proceedings. Accordingly, the Court shall conduct a hearing on November 19, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Plaintiffs shall file and serve their motion regarding damages by October 15, 2009. Defendant shall file any opposition by October 29, 2009, and Plaintiffs shall file any reply by November 5, 2009.

**If this matter has been resolved since the time of the referral, Plaintiffs shall file a request before Judge Armstrong by October 15, 2009, to have the referral vacated.**

When filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1  submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the

2  case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document

3  with the Clerk's Office that has already been filed electronically.

4        Plaintiff shall serve this order upon all other parties in this action.  Please contact the

5  Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

6        **IT IS SO ORDERED.**

7

8  Dated: October 2, 2009

9  _____
   Maria-Elena James
10  Chief United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

2